

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00422-CR

| | | |
|---|---|---|
| EDUARDO RENE ARAMBULA, Appellant | § | On Appeal from Criminal District |
| | § | Court No. 3 |
| | § | of Tarrant County (1805593) |
| V. | § | August 21, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $290 court costs and $130 reimbursement fees assessed. It is ordered that the judgment of the trial court is affirmed as modified. We also correct the bill of costs to reflect "0.00" owed for "Total Reimbursement Fees."

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack